## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

BRANKA BRENNER, as Special Administrator of the Estate of TOMISLAV PANTOVIC, deceased

Plaintiffs,

vs.

GREIF BROTHERS CORPORATION,

Defendant.

FILED: AUGUST 14, 2008
Case No.: 08CV4629
Judge: JUDGE BUCKLO
MAGISTRATE JUDGE BROWN
Magistrate Judge: AEE

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: GREIF BROTHERS CORPORATION

| |
|---|
| NAME: David R. Creagh |
| SIGNATURE: s/ *David R. Creagh* |
| FIRM: HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois  60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6191452 | (312) 704-3000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | | |

6351676v1 871698 2832

## **CERTIFICATE OF SERVICE**

      I, David R. Creagh, an attorney, certify that I shall cause to be served a copy of the foregoing **APPEARANCE** upon the following individual(s), by deposit in the U.S. mail box at 222 North LaSalle Street, Chicago, Illinois 60601, postage prepaid, before the hour of 4:00 p.m., messenger delivery, express courier, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this 14th day of **August, 2008.**

| | |
|---|---|
| \_\_\_ CM/ECF<br>\_\_\_ Facsimile<br>\_\_\_ Express Courier<br>_X_ Mail<br>\_\_\_ Messenger | *Counsel for Plaintiff*<br>Joseph A. Power, Esq.<br>Devon C. Bruce, Esq.<br>Power, Rogers & Smith<br>70 West Madison Street<br>Suite 5500<br>Chicago, IL 60602<br>Phone: (312) 236-9381<br>Fax:   (312) 236-0920 |

HINSHAW & CULBERTSON LLP

David R. Creagh, Esq.
HINSHAW & CULBERTSON LLP
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601-1081
Phone: (312) 704-3000
Fax:   (312) 704-3001
dcreagh@hinshawlaw.com

*s/ David R. Creagh*
David R. Creagh

6351676v1 871698 2832