

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
    CLERK

(312)435-5691

August 15, 2008

Devon C. Bruce
Joseph A. Power, Jr.
Powers, Rogers & Smith
70 West Madison Street - Suite 5500
Chicago, IL 60602


Re:   Branka Brenner v. Greif Brothers Corporation
      1:08-cv-04629


The records of this office indicate that on 8/6/2008, a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 2008 L 006963. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local General Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. A copy of this form is available on the District Court web site: www.ilnd.uscourts.gov under the heading 'on-line forms.'


                                    Sincerely yours,
                                    **Michael W. Dobbins, Clerk**


                              By:   */s/ Thelma Murry-Sykes*
                                    Deputy Clerk


Enclosure