IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS

| | |
|---|---|
| BRANKA BRENNER as Special Administrator of the Estate of TOMISLAV PANTOVIC, deceased  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>GREIF BROTHERS CORPORATION,  )<br>)<br>Defendant.  ) | No. 08 cv 4629 |

**PLAINTIFF'S RESPONSES TO DEFENDANT'S AFFIRMATIVE DEFENSES**

Now comes the plaintiff, BRANKA BRENNER as Special Administrator of the Estate of TOMISLAV PANTOVIC, deceased, by and through her counsel, POWER, ROGERS & SMITH, and in response to defendant's affirmative defenses states as follows:

1. Plaintiff denies the allegations contained in paragraph #1 of Defendant's First Affirmative Defenses.

2. Plaintiff denies the allegations contained in paragraph #2 of Defendant's First Affirmative Defenses including subparagraphs a-c.

3. Plaintiff denies the allegations contained in paragraph #3 of Defendant's First Affirmative Defenses.

1. Plaintiff denies the allegations contained in paragraph #1 of Defendant's Second Affirmative Defenses.

Respectfully Submitted,

BRANKA BRENNER as Special Administrator of the Estate of TOMISLAV PANTOVIC, deceased

s/ Devon C. Bruce
By One of Her Attorneys

Joseph A. Power, Jr.
Devon C. Bruce
POWER, ROGERS & SMITH (#31444)
70 West Madison Street
Suite 5500
Chicago, IL 60602
#312/236-9381
f#312/236-0920

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT ILLINOIS

| | |
|---|---|
| BRANKA BRENNER as Special Administrator of the Estate of TOMISLAV PANTOVIC, deceased<br><br>Plaintiffs,<br><br>v.<br><br>GREIF BROTHERS CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   No. 08 cv 4629<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

    I hereby certify that on August 25, 2008, I electronically filed Plaintiff's Responses to Defendant's Affirmative Defenses with the Clerk of the Court using the CM/ECF system which will send notification to such filing(s) to the following:

    David Creagh
    Hinshaw & Culberston
    222 North LaSalle Street
    Suite 300
    Chicago, IL 60601

    Respectfully submitted,

    s/ Devon C. Bruce
    Power, Rogers & Smith, P.C.
    Attorneys for Plaintiff
    70 W. Madison St., 55th FL.
    Chicago, IL. 60602
    312/236-9381
    Fax: 312/236-0920